UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 27 2010
DEC 27 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert L. Winston

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Richard Daley Mayor City of Chicago
Jody Weis Superintendent Chicago Police Dept
Officer O'Brien star# 10634 Chicago Police Dept
Officer Yates star# 11586

_____

10 C 8218
Judge Elaine E. Bucklo
Magistrate Judge Morton Denlow

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Robert L. Winston

B. List all aliases: _____

C. Prisoner identification number: 20100324136

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Richard Daley
Title: Mayor City of Chicago
Place of Employment: Daley Center Chicago

B. Defendant: Jody Weis
Title: Superintendent Chicago Police Department
Place of Employment: 10 W. 35th St Chgo, IL 60616

C. Defendant: Officer O'Brien Star # 10634
Title: Chicago Police Officer
Place of Employment: 5th District 727 E 111th St

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D. Defendant: Officer Yates Star # 11586

Title: Chicago Police Officer

Place of Employment 5th District 727 E 111th St

(2A)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit. _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 3/23/10 I was arrested by CPD officer O'Brien star # 10634 & CPD officer Yates star # 11586, at approximately 9746 S. Princeton for a charge of assault against my neighbor Melvin Allison. While being transported to the station officer O'Brien and officer Yates stated they were trying to take my truck due to complaints they had received in the Neighborhood on 3/21 & 3/22. Once at the station on 111th & Ellis the officers left me in lock up for approximately 2 hours with the handcuffs to tight behind my back. When officer O'Brien and his partner came to take me to processing I was on the floor in lock up with my back on the floor. I was commanded to get up & I told both officer's that I couldn't, after several commands to get up officer O'Brien said "fuck that Nigger"

4                                                                Revised 9/2007

he and his partner proceeded to drag me by my suit pants + shirt during this melee I was tazared and beaten by officer O'Brian and his partner. There are witnesses by other detainees that were in lockup with me between the hours of 6:45pm and 10:00pm. [ I filed complaint to the Independent Police Review Board ] see exhibit A

Exhibit A

5/21/2010

To: Office of Independent Police Review
    10 W 35th St
       12th Floor
    Chicago, Il 60616

From: Robert L. Winston
     20100324136
     P.O. Box 089002
     Chicago, Il 60608

Dear Investigator:
My name is Robert L. Winston, currently a detainee at the Cook County Jail. On 3/23/2010 I Was arrested by CPD officer O'brian & his partner at approximately 9746 S. Princeton for a charge of assault against my neighbor Melvin Allison. While being transported to the station officer O'brian & his partner stated they were trying to take my truck due to the complaints they had received in the neighborhood on 3/21 & 3/22. Once at the station on 111th & Ellis the officers left me in lock up for approximately 2 hours with the handcuffs to tight behind my back. When officer O'brian and his partner came to take me to processing I was on the floor in lock up with my back on the floor. I was commanded to get up & I told both officer's that I couldn't after several commands to get up officer O'brian said "fuck that Nigger" he and his partner proceeded to drag me by my suit pants & shirt during this melee I was tszared and beaten by officer O'brian and his partner. Their are witnesses by other detainees that were in lock up with me between the hours of 6:45 pm and 10:00 pm. Currently I'm being charged with Assault on the officers. Thank you for taking the time to review my complaint.

Cordially

*Robert R. Winston*

OBRIEN # 10634
YATES # 11586

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant 5,000,000 in Compensatory Damages & 5,000,000 in punitive Damages in each of the defendant individual & official capacities

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of Dec, 20 10

_Robert L. Winston_
(Signature of plaintiff or plaintiffs)

Robert L. Winston
(Print name)

2010032413
(I.D. Number)

P.O. Box 08900
Chgo, IL 60608

(Address)

6  Revised 9/2007