IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. WINSTON, | ) |
| Plaintiff, | ) |
| v. | ) |
| O'BRIEN & YATES, | ) Case No. 10-cv-8218 |
| Defendants, | ) Honorable Judge Elaine Bucklo |
| and | ) |
| CITY OF CHICAGO, | ) |
| Non-Party Respondent. | ) |

**PLAINTIFF'S MOTION FOR WAGE DEDUCTION ORDER**

Plaintiff Robert L. Winston ("Winston") respectfully submits this Motion ("Motion") for Wage Deduction Order. In support of the Motion, Winston states as follows:

1. On November 27, 2012, following a jury trial, this Court entered judgment in favor of Winston and against Chicago Police Officer Matthew O'Brien ("O'Brien") in the amount of $1 in compensatory damages and $7,500 in punitive damages. [Dkt. 88.]

2. On June 13, 2013, this Court entered a Memorandum Opinion and Order awarding Winston attorneys' fees of $187,467. [Dkt. 117.]

3. On January 29, 2014, this Court entered an Order granting Winston supplemental attorney's fees of $90,777. [Dkt. 150.]

1

      4.      In total, O'Brien now owes Winston $285,745. To date, O'Brien has not paid anything to Winston.[1]

      5.      Winston has followed the procedure for obtaining a Wage Deduction Order against O'Brien for the outstanding damages and attorneys' fees. Federal Rule of Civil Procedure 69(a) directs that "[t]he procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located...." The procedures for Wage Deduction proceedings in Illinois are set out in 735 ILCS 5/12-801 *et seq*.

      6.      On March 5, 2014, Winston sent O'Brien a Wage Deduction Notice (attached hereto as Exhibit A) alerting O'Brien that Winston was pursuing wage deduction proceedings. The Wage Deduction Notice indicated a return date of April 3, 2014 at 9:30a.m.

      7.      Also on March 5, 2014, the Clerk of Court of the Northern District of Illinois issued a Wage Deduction Summons and an Affidavit for Wage Deduction Summons (with interrogatories) to the City (O'Brien's employer) on behalf of Winston. The Wage Deduction Summons and Affidavit for Wage Deduction Summons (with interrogatories) are attached hereto as Exhibit B. [*See also* Dkts. 157 & 158.]

      8.      On March 28, 2014, the City filed its Answer To Wage Deduction Proceedings containing the completed interrogatories (attached hereto as Exhibit C). [Dkt. 161.]

---

[1] On October 17, 2013, this Court entered an Order requiring O'Brien's employer, the City of Chicago (the "City"), to indemnify O'Brien for the compensatory damages and attorneys' fees awarded to Winston. [Dkt. 133.] O'Brien and the City are now jointly and severally liable to Winston for the compensatory damages and the award of attorneys' fees (O'Brien remains solely liable to Winston for the punitive damages). To date, the City has not paid anything to Winston, so all amounts owed to Winston remain outstanding. The City has appealed this Court's Order of October 17, 2013, requiring indemnification by the City, and this Court's Order of January 29, 2014, awarding supplemental attorneys' fees.

The completed interrogatories calculate the amount of withholding from each of O'Brien's paychecks to be $79.69.

WHEREFORE, Winston respectfully requests that the Court (i) grant Winston's Motion for Wage Deduction Order; (ii) direct that the City pay all deducted wages to Winston; and (iii) grant such other relief as the Court deems just and equitable.


Dated: March 31, 2014                                  Respectfully Submitted,
                                                                     By:     Alan N. Salpeter

                                                                       /s/ Alan N. Salpeter
                                                                     *Attorney for Plaintiff*

                                                                     Alan N. Salpeter
                                                                     Ross H. Neihaus
                                                                     KAYE SCHOLER LLP
                                                                     70 W. Madison St., Suite 4200
                                                                     Chicago, IL   60602
                                                                     Telephone: (312) 583-2300
                                                                     Facsimile: (312) 583-2360

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## WAGE DEDUCTION NOTICE

| | |
|---|---|
| Robert L. Winston | No. _10-cv-8218_ |
| **Judgment Creditor (Plaintiff)** | |
| | (Summons Return Date) _April 3, 2014_ |
| v. | (Court Call Time) _9:30am_ |
| | (Courtroom Number) _2243_ |
| Matthew O'Brien | |
| **Judgment Debtor (Defendant)** | **Judgment Creditor/Creditor's Attorney** |
| **Judgment Debtor/Debtor's Attorney** | Name _Ross Neihaus_ |
| Name _James Daffada_ | Address _70 W. Madison St., Ste. 4200_ |
| Address _203 N. LaSalle St., Suite 1620_ | City _Chicago, IL 60602_ |
| City _Chicago, IL 60601_ | Phone _(312) 583-2300_ |
| Phone _(866) 786-3705_ | |

**Judgment in the Amount of $** _285,745 ($7,501 + attorneys' fees of $278,244)_

**Employer** _____City of Chicago_____
                        Name

Notice: The court shall be asked to issue a wage deduction summons against the employer named above for wages due or about to become due to you. The wage deduction summons may be issued on the basis of a judgment against you in favor of the Judgment Creditor in the amount stated above.

The amount of wages that may be deducted is limited by Federal and Illinois law.

(1) Under Illinois Law, the amount of wages that may be deducted is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the greater of the State or Federal minimum hourly wage.

(2) Under Federal law, the amount of wages that may be deducted is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the Federal minimum hourly wage.

(3) Pension and retirement benefits and refunds may be claimed as exempt from wage deductions under Illinois law.

   The Judgment Debtor has the right to request a hearing before the court to dispute the wage deduction because the wages are exempt. To obtain a hearing the Judgment Debtor must appear in the office of the Clerk of Court, _____219 S. Dearborn St., Floor 20, Chicago, IL, 60604_____, before the
                                          Location
summons return date, or appear on the return date and time as specified on the summons. The Clerk of the Court will assign a hearing date, and provide forms which must be prepared by the debtor or his/her attorney, a copy of which must be sent to the Judgment Creditor and the employer or their attorney.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert L. Winston <br> **Plaintiff(s)** <br> v. <br> Matthew O'Brien <br> **Defendant(s)** <br> and <br> City of Chicago (Employer) <br> **Respondent(s)** | No. 10-cv-8218 <br> Address of Employer: City of Chicago- Finance <br> 121 N. LaSalle St., 7th Floor <br> Chicago, IL  60602 |

## WAGE DEDUCTION SUMMONS

**To the Employer:**

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court, 219 S. Dearborn St., Floor 20, Chicago, IL, 60604 , Illinois on or before April 3 , 2014 , (21 to 40 days after issuance of summons). However, if this summons is served on you less than 3 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 21 days after you were served with this summons.

This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the balance due on the judgment is paid.

IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

FEDERAL AGENCY EMPLOYERS: Effective upon service of this summons and pursuant to 5 USC 552(a), you are to commence to pay over deducted wages to the attorney for the judgment creditor in accordance with 735 ILCS 5/12-808.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

WITNESS _____

Name: Ross Neihaus, KAYE SCHOLER LLP
Attorney for: Plaintiff Robert L. Winston
Address: 70 W. Madison St., Suite 4200
City/Zip: Chicago, IL  60602
Telephone: (312) 583-2300

Date of Service MAR 05 2014 ,
(To be inserted by officer on copy left with employer or other person.)

** Service by Facsimile Transmission will be accepted at: _____
(Area Code)   (Facsimile Telephone Number)

*signature* J. Nunez
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert L. Winston <br> **Plaintiff(s)** <br> v. <br> Matthew O'Brien <br> **Defendant(s)** <br> and <br> City of Chicago (Employer) <br> **Respondent(s)** | No. 10-cv-8218 <br> Address of Employer: City of Chicago- Finance <br> 121 N. LaSalle St., 7th Floor <br> Chicago, IL 60602 |

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law under 735 ILCS 5/1-109, that the following information is true.

1. I believe Respondent _City of Chicago_ is indebted to the Judgment Debtor _Matthew O'Brien_ for wages due or to become due.

2. The last known address of the Judgment Debtor is _Law Office of Leinenweber, Baroni, & Daffada LLC, 203 N. LaSalle St., Suite 1620, Chicago, IL, 60601_.

3. I request that a summons issue directed to Respondent.

## CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

*Note: Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.*

1. Judgment in this case was entered on _November 27, 2012_.
2. Amount of Judgment — $ 7,501
3. Attorneys fees were awarded on _June 13, 2013 & January 29, 2014_.
4. Attorneys' fees awarded to date: — $ 278,244
5. Total — $ 285,745
6. *Deduct*: Total amount paid by or on behalf of the Judgment Debtor before this garnishment — $ 0
7. Balance due Judgment Creditor — $ 285,745

Name: Ross Neihaus, KAYE SCHOLER LLP
Attorney for: Plaintiff Robert L. Winston
Address: 70 W. Madison, Suite 4200
City/State/Zip: Chicago, IL 60602
Telephone: (312) 583-2300
FAX: (312) 583-2360

Signature: _/s/ Ross Neihaus_
Attorney or Judgment Creditor
Print Name: Ross Neihaus

(CONTINUED)

Employer/Agent: __City of Chicago__     Court Date: _____
Defendant's Name: __Matthew O'Brien__   S.S. No. XXX-XX-_____   Case No.: __10-cv-8218__
Defendant's Address: __Law Office of Leinenweber, Baroni, & Daffada LLC, 203 N. LaSalle St., Suite 1620, Chicago, IL, 60601__

---

### CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), I certify that I mailed by regular first-class mail a copy of the Wage Deduction Notice to Defendant at the address shown above on __March 5__, __2014__.

Signature: *Ross Neihaus*      Name: __Ross Neihaus__

---

### INTERROGATORIES/ANSWER TO WAGE DEDUCTION PROCEEDINGS

*Do you pay any money to the Defendant listed above?* ☐ Yes ☐ No    If terminated, date _____, _____.

**IF YOUR ANSWER IS "NO," GO TO "RESPONDENT CERTIFICATION"**

Of the funds paid to the debtor, are any of those funds:

☐ Subject to prior court ordered deduction (including child/spouse support) Case Number, State, County _____.
☐ Disability? ☐ Retirement? ☐ Otherwise exempt? (Describe _____).

---

### CALCULATON TO DETERMINE AMOUNT OF WITHHOLDING
(Note: If income varies, withholding must be recalculated for every pay period.)

Do you pay debtor: ☐ Every week ☐ Every two weeks ☐ Semi-monthly ☐ Monthly ☐ Other _____

(A) Gross wages per paycheck minus mandatory contributions to pensions or retirement plan    (A) _____
(B) 15% of (A) =    (B) _____
(C) Enter total FICA, State Tax, Federal Tax and Medicare    (C) _____
(D) Subtract (C) from (A) =    (D) _____
(E) If debtor is paid every week, enter $371.25
    If debtor is paid every two weeks, enter $742.50    (E) _____
    If debtor is paid semi-monthly, enter $804.37
    If debtor is paid monthly, enter $1,608.75
    If other, multiply 45 times state minimum wage (currently $8.25) times number of weeks in pay period
(F) Subtract (E) from (D) *(Enclose a negative number in parentheses, e.g., ($50.00))*    (F) _____
    IF LINE "F" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(G) Enter the Lesser of Line (B) or (F)    (G) _____
(H) Enter Child Support or other Court Ordered Deduction    (H) _____
(I) Subtract (H) from (G) *(Enclose a negative number in parentheses, e.g., ($50.00))*    (I) _____
    LINE "I" MUST BE WITHHELD AS OF THE DATE OF SERVICE AND HELD UNTIL FURTHER COURT ORDER.
    IF LINE "I" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(J)   Subtract Employer's Statutory Fee (2% of line "I"). See 735 ILCS 5/12-814.    (J) _____
(K) Amount to be applied to Judgment    (K) _____

---

### INSTRUCTIONS
1. Complete the Interrogatories/Answer to Wage Deduction Proceedings.
2. Complete and sign the certification at the bottom of this page.
3. Fax or mail a copy of this Answer to the Court and Plaintiff's attorney and give a copy to the Defendant. To assure timely processing, the Answer should be received at least three days before the Court Date.
4. You will receive a copy by fax or mail of a Court Order instructing you how to proceed and where to send any withheld funds.

---

### RESPONDENT CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the statements set forth in this instrument are true and correct and that I have either mailed or hand delivered a copy of this completed Interrogatories/Answer to the Clerk, Plaintiff's attorney and Defendant.

Date: _____     Address: _____
Signature of Employer/Agent: _____     Telephone: _____
Print full name clearly: _____     FAX: _____

2

# EXHIBIT C

FILED JH
MAR 25 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robert L. Winston
                                    Plaintiff(s)
            v.
Matthew O'Brien
                                    Defendant(s)
            and
City of Chicago (Employer)
                                    Respondent(s)

No. _____10-cv-8218_____

Address of Employer: City of Chicago- Finance

121 N. LaSalle St., 7th Floor

Chicago, IL 60602

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

I, the undersigned, certify under penalties as provided by law under 735 ILCS 5/1-109, that the following information is true.

1. I believe Respondent ___City of Chicago___ is indebted to the Judgment Debtor ___Matthew O'Brien___ for wages due or to become due.

2. The last known address of the Judgment Debtor is Law Office of Leinenweber, Baroni, & Daffada LLC, 203 N. LaSalle St., Suite 1620, Chicago, IL, 60601.

3. I request that a summons issue directed to Respondent.

## CERTIFICATE OF ATTORNEY OR JUDGMENT CREDITOR

*Note: Non-Attorneys must also submit a copy of the underlying Judgment or a certification by the Clerk of the Court that entered the Judgment.*

1. Judgment in this case was entered on November 27, 2012.
2. Amount of Judgment                                           $ 7,501
3. Attorneys fees were awarded on June 13, 2013 & January 29, 2014.
4. Attorneys' fees awarded to date:                             $ 278,244
5. Total                                                        $ 285,745
6. *Deduct*: Total amount paid by or on behalf of the Judgment Debtor before this garnishment   $ 0
7. Balance due Judgment Creditor                                $ 285,745

Name:        Ross Neihaus, KAYE SCHOLER LLP
Attorney for: Plaintiff Robert L. Winston
Address:     70 W. Madison, Suite 4200
City/State/Zip: Chicago, IL  60602
Telephone:   (312) 583-2300
FAX:         (312) 583-2360

Signature: _Ross Neihaus_
Attorney or Judgment Creditor

Print Name: Ross Neihaus

(CONTINUED)

Employer/Agent: City of Chicago
Defendant's Name: Matthew O'Brien    S.S. No. XXX-XX-_____
Defendant's Address: Law Office of Leinenweber, Baroni, & Daffada LLC, 203 N. LaSalle St., Suite 1620, Chicago, IL, 60601
Court Date: _____
Case No.: 10-cv-8218

### CERTIFICATION OF MAILING BY JUDGMENT CREDITOR OR ATTORNEY FOR JUDGMENT CREDITOR

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), I certify that I mailed by regular first-class mail a copy of the Wage Deduction Notice to Defendant at the address shown above on March 5, 2014.

Signature: *Ross Neihaus*    Name: Ross Neihaus

### INTERROGATORIES/ANSWER TO WAGE DEDUCTION PROCEEDINGS

Do you pay any money to the Defendant listed above? ☒ Yes ☐ No    If terminated, date _____
IF YOUR ANSWER IS "NO," GO TO "RESPONDENT CERTIFICATION"

Of the funds paid to the debtor, are any of those funds:
☒ Subject to prior court ordered deduction (including child/spouse support) Case Number, State, County  06D7551, IL, COOK
☐ Disability? ☐ Retirement? ☐ Otherwise exempt? (Describe _____).

### CALCULATON TO DETERMINE AMOUNT OF WITHHOLDING
(Note: If income varies, withholding must be recalculated for every pay period.)

Do you pay debtor: ☐ Every week ☐ Every two weeks ☒ Semi-monthly ☐ Monthly ☐ Other _____

(A) Gross wages per paycheck minus mandatory contributions to pensions or retirement plan  (A) 2957.95
(B) 15% of (A) =  (B) 443.69
(C) Enter total FICA, State Tax, Federal Tax and Medicare  (C) 755.35
(D) Subtract (C) from (A) =  (D) 2202.60
(E) If debtor is paid every week, enter $371.25
    If debtor is paid every two weeks, enter $742.50
    If debtor is paid semi-monthly, enter $804.37  (E) 804.37
    If debtor is paid monthly, enter $1,608.75
    If other, multiply 45 times state minimum wage (currently $8.25) times number of weeks in pay period
(F) Subtract (E) from (D) (Enclose a negative number in parentheses, e.g., ($50.00))  (F) 1398.23
    IF LINE "F" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(G) Enter the Lesser of Line (B) or (F)  (G) 443.69
(H) Enter Child Support or other Court Ordered Deduction  (H) 364.00
(I) Subtract (H) from (G) (Enclose a negative number in parentheses, e.g., ($50.00))  (I) 79.69
    LINE "I" MUST BE WITHHELD AS OF THE DATE OF SERVICE AND HELD UNTIL FURTHER COURT ORDER.
    IF LINE "I" IS ZERO OR A NEGATIVE NUMBER, DO NOT WITHHOLD ANY WAGES. GO TO "INSTRUCTIONS" BELOW.
(J) Subtract Employer's Statutory Fee (2% of line "I"). See 735 ILCS 5/12-814.  (J) 0
(K) Amount to be applied to Judgment  (K) 79.69

### INSTRUCTIONS
1. Complete the Interrogatories/Answer to Wage Deduction Proceedings.
2. Complete and sign the certification at the bottom of this page.
3. Fax or mail a copy of this Answer to the Court and Plaintiff's attorney and give a copy to the Defendant. To assure timely processing, the Answer should be received at least three days before the Court Date.
4. You will receive a copy by fax or mail of a Court Order instructing you how to proceed and where to send any withheld funds.

### RESPONDENT CERTIFICATION

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (735 ILCS 5/1-109), the undersigned certifies that the statements set forth in this instrument are true and correct and that I have either mailed or hand delivered a copy of this completed Interrogatories/Answer to the Clerk, Plaintiff's attorney and Defendant.

Date: 3/10/14
Signature of Employer/Agent: *Marshell F Dawua*
Print full name clearly: _____

City of Chicago Garnishment Unit
333 S. State St   Suite 320
Chicago, IL 60604
312-745-3297/Phone
312-745-3540/Fax
garnishments@cityofchicago.org