# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT L. WINSTON, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-cv-8218 |
| ) | |
| v. ) | Honorable Judge Elaine Bucklo |
| ) | |
| O'BRIEN & YATES, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO TERMINATE WAGE DEDUCTION ORDER

Plaintiff Robert L. Winston ("Winston") respectfully requests that this Court permanently terminate the Wage Deduction Order entered against Defendant Matthew O'Brien ("O'Brien") because non-party City of Chicago ("City") has now paid in full the amounts due under that Order. In support of this Motion, Winston states as follows:

1. On April 3, 2014, the Court entered a Wage Deduction Order requiring O'Brien's employer, the City of Chicago, to garnish O'Brien's wages. [Dkt. 165.] The Wage Deduction Order was to continue until the Judgment ($7,501) and awards of attorneys' fees entered in this case (totaling $278,244) had been paid in full. (*Id*. ¶ 6.)

2. On January 13, 2016, pursuant to Winston's request, the Court entered an Order temporarily suspending the Wage Deduction Order after the City agreed to pay in full the amount remaining due under the Wage Deduction Order. [Dkt. 191.]

3. On February 18, 2016, the City provided Winston with a check for the full amount remaining due under the Wage Deduction Order. All amounts due under the Wage Deduction Order have now been paid in full.

1

WHEREFORE, Winston respectfully requests that this Court enter an Order terminating the Wage Deduction Order [Dkt. 165].  There are no issues pending before this Court.

Dated: February 22, 2016

Respectfully Submitted,
By:     Alan N. Salpeter

 /s/ Alan N. Salpeter
*Attorney for Plaintiff*

Alan N. Salpeter
Ross H. Neihaus
KAYE SCHOLER LLP
70 W. Madison St., Suite 4200
Chicago, IL   60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360